458

BEFORE THE FIRST DIVISION, MAY 3, 1961

**No. 65558.**—New York Merchandise Co., Inc. *v.* United States, protests 60/10640 and 60/4494 (Los Angeles).

Opinion by OLIVER, C. J.  In accordance with oral stipulation of counsel that the item described on entry 34090, protest 60/10640, as "Chenille figures" and the item described on entry 17738, protest 60/4494, as "Nylon doll w/pin" are manufactures of synthetic textile, the claim of the plaintiff was sustained.

**No. 65559.**—S. Berger Co. *v.* United States, protest 59/7921 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

**No. 65560.**—Metasco, Inc. *v.* United States, protest 59/32414 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of enlargers with lenses the same in all material respects as those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

**No. 65561.**—Mogens Import Corp. *v.* United States, protests 60/12029, etc.  (New York).

Opinion by WILSON, J.  The protests were dismissed.

BEFORE THE SECOND DIVISION, MAY 3, 1961

**No. 65562.**—Albert F. Maurer Co. et al. *v.* United States, protests 292363–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65563.—The A. W. Fenton Co., Inc. *v.* United States, protest 59/6580 (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65564.—The Huffman Manufacturing Company *v.* United States, protests 59/21868, 59/21907, and 59/25594 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65565.—Philkam Cycle Supply Co., Inc., et al. *v.* United States, protests 59/33502, etc. (New York).